**Exhibit A**

Table of Last-Observed Infringements by Defendants of Devils Film's Copyright in the Motion Picture "Wanna Fuck My Daughter Gotta Fuck Me First 12," Copyright Reg. No. in process. Copyright Application Service Request No. 1-666529033 filed on 2011-09-28.

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.27.49.62 | 2011-10-28 08:05:34 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 2 | 108.27.55.105 | 2011-12-02 17:56:23 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 3 | 108.27.79.12 | 2011-10-17 09:08:31 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 4 | 108.41.224.99 | 2011-10-15 19:04:47 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 5 | 108.46.57.226 | 2011-10-18 21:12:10 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 6 | 108.6.48.135 | 2011-10-24 00:59:42 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 7 | 173.52.111.177 | 2011-11-01 20:21:07 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 8 | 173.68.81.48 | 2011-10-28 20:23:05 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 9 | 184.153.115.221 | 2011-10-18 08:56:32 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 10 | 208.120.140.225 | 2011-10-26 14:06:03 -0400 | EarthLink | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 11 | 208.120.17.30 | 2011-10-15 07:11:15 -0400 | EarthLink | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 12 | 208.120.229.34 | 2011-10-23 13:05:46 -0400 | EarthLink | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 13 | 24.193.109.118 | 2011-11-26 22:41:43 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 14 | 24.42.107.115 | 2011-11-30 00:19:53 -0500 | EarthLink | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 15 | 24.58.187.106 | 2011-12-02 13:32:48 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 16 | 64.185.140.3 | 2011-11-07 01:13:54 -0500 | EarthLink | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 17 | 66.108.140.214 | 2011-10-24 16:36:03 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 18 | 66.65.127.239 | 2011-10-28 06:17:23 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 19 | 66.66.11.14 | 2011-12-08 23:33:49 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 20 | 67.242.183.29 | 2011-12-06 15:58:49 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 21 | 67.243.44.123 | 2011-11-08 14:09:32 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 22 | 67.244.74.42 | 2011-11-20 22:36:08 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 23 | 67.247.184.244 | 2011-10-17 01:16:17 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 24 | 67.248.6.88 | 2011-10-21 19:17:08 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 25 | 67.249.197.144 | 2011-10-21 08:07:52 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 26 | 67.250.113.23 | 2011-10-15 00:18:16 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 27 | 67.252.179.192 | 2011-11-26 03:11:27 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |

| Doe 28 | 67.252.59.235 | 2011-10-16 09:03:05 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 29 | 67.253.152.26 | 2011-10-21 19:24:59 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 30 | 67.253.158.21 | 2011-10-30 16:50:21 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 31 | 68.174.244.105 | 2011-10-15 15:13:04 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 32 | 68.175.63.158 | 2011-10-31 18:58:32 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 33 | 69.201.164.160 | 2011-11-07 09:08:42 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 34 | 69.203.149.84 | 2011-11-13 17:51:55 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 35 | 71.164.95.23 | 2011-11-29 15:03:44 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 36 | 71.183.68.180 | 2011-10-15 13:11:15 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 37 | 71.183.84.246 | 2011-10-29 22:23:43 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 38 | 72.228.157.162 | 2011-10-20 20:57:24 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 39 | 72.88.93.219 | 2011-12-01 17:40:37 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 40 | 72.89.146.208 | 2011-10-20 20:36:49 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 41 | 72.89.248.249 | 2011-10-27 01:11:45 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 42 | 74.101.204.254 | 2011-10-19 07:06:50 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 43 | 74.101.208.45 | 2011-10-20 17:34:41 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 44 | 74.101.230.143 | 2011-11-05 03:15:31 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 45 | 74.66.228.121 | 2011-11-01 17:58:59 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 46 | 74.67.80.166 | 2011-11-26 19:17:43 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 47 | 74.69.154.80 | 2011-11-14 19:58:55 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 48 | 74.73.17.124 | 2011-11-01 15:02:56 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 49 | 74.76.38.65 | 2011-11-29 22:34:55 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 50 | 74.76.62.229 | 2011-12-08 19:10:53 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 51 | 74.76.86.41 | 2011-10-15 00:59:41 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 52 | 76.15.239.18 | 2011-10-29 10:59:12 -0400 | EarthLink | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 53 | 76.180.184.23 | 2011-10-27 13:11:56 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 54 | 76.180.7.7 | 2011-10-20 16:14:58 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 55 | 96.250.104.83 | 2011-11-17 13:16:25 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 56 | 96.250.173.48 | 2011-10-18 21:59:16 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 57 | 98.117.166.113 | 2011-11-12 15:01:34 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 58 | 98.14.106.7 | 2011-11-20 20:20:58 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 59 | 98.15.138.121 | 2011-11-20 23:19:17 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |