# *-APPLICATION-*

## Title

**Title of Work:** wanna fuck my daughter gotta fuck me first 12

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** August 8, 2011     **Nation of 1st Publication:** United States

## Author

- **Author:** media products inc
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** media products inc.

9145, owensmouth ave., chatsworth, CA, 91311, United States

## Rights and Permissions

**Organization Name:** media products inc.

**Name:** shawn slaughter

**Email:** shawn@devilsfilm.com

**Address:** 9145 owensmouth ave.

chatsworth, CA 91311  United States

## Certification

**Name:** shawn l. slaughter

**Date:** September 28, 2011

**Registration #:**

**Service Request #:** 1-666529033

**Priority:** Routine  **Application Date:** September 28, 2011 01:19:52 PM

## Correspondent ───────────────────────────────────────

**Organization Name:** media products inc.

**Name:** shawn lee slaughter

**Email:** shawn@devilsfilm.com

**Address:** 9145 owensmouth ave.
chatsworth, CA 91311 United States

## Mail Certificate ───────────────────────────────────────

media products inc.
shawn lee slaughter
9145 owensmouth ave.
chatsworth, CA 91311  United States