| case_ip | case_state |
|---|---|
| 108.27.49.62 | New York |
| 108.27.55.105 | New York |
| 108.27.79.12 | New York |
| 108.41.224.99 | New York |
| 108.46.57.226 | New York |
| 108.6.48.135 | New York |
| 173.52.111.177 | New York |
| 173.68.81.48 | New York |
| 184.153.115.221 | New York |
| 208.120.140.225 | New York |
| 208.120.17.30 | New York |
| 208.120.229.34 | New York |
| 24.193.109.118 | New York |
| 24.42.107.115 | New York |
| 24.58.187.106 | New York |
| 64.185.140.3 | New York |
| 66.108.140.214 | New York |
| 66.65.127.239 | New York |
| 66.66.11.14 | New York |
| 67.242.183.29 | New York |
| 67.243.44.123 | New York |
| 67.244.74.42 | New York |
| 67.247.184.244 | New York |
| 67.248.6.88 | New York |
| 67.249.197.144 | New York |
| 67.250.113.23 | New York |
| 67.252.179.192 | New York |
| 67.252.59.235 | New York |
| 67.253.152.26 | New York |
| 67.253.158.21 | New York |
| 68.174.244.105 | New York |
| 68.175.63.158 | New York |
| 69.201.164.160 | New York |
| 69.203.149.84 | New York |
| 71.164.95.23 | New York |
| 71.183.68.180 | New York |
| 71.183.84.246 | New York |
| 72.228.157.162 | New York |
| 72.88.93.219 | New York |
| 72.89.146.208 | New York |
| 72.89.248.249 | New York |
| 74.101.204.254 | New York |
| 74.101.208.45 | New York |
| 74.101.230.143 | New York |
| 74.66.228.121 | New York |

| IP Address | Location |
| --- | --- |
| 74.67.80.166 | New York |
| 74.69.154.80 | New York |
| 74.73.17.124 | New York |
| 74.76.38.65 | New York |
| 74.76.62.229 | New York |
| 74.76.86.41 | New York |
| 76.15.239.18 | New York |
| 76.180.184.23 | New York |
| 76.180.7.7 | New York |
| 96.250.104.83 | New York |
| 96.250.173.48 | New York |
| 98.117.166.113 | New York |
| 98.14.106.7 | New York |
| 98.15.138.121 | New York |