UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MEDIA PRODUCTS, INC.,
D/B/A DEVIL'S FILM

        Plaintiff,                          12 Civ. 125 (CM)(DCF)

    -against-

JOHN DOES 1-59,

        Defendants.

------------------------------------------------------------x

## ORDER TO SHOW CAUSE

McMahon, J.:

    It appearing to the court that 59 separate lawsuits have been improperly joined into a single lawsuit by plaintiff, and it further appearing that the misjoinder has resulted in the failure to pay 58 filings fees, and it further appearing that the misjoinder has resulted in an undercounting of the number of cases filed in this court and a concomitant distortion of the size of the court's docket;

    PLAINTIFF IS HEREBY ORDERED TO SHOW CAUSE, in writing, no later than March 30, 2012, why this action should not be dismissed without prejudice, so that plaintiff can file separate actions against each defendant, in each case paying the required filing fee.

    Pending the determination of this Order to Show Cause, all proceedings in this action are stayed. This includes all efforts by plaintiff to ascertain the identity of the John Doe defendants by serving subpoenas on any Internet Service Provider. Plaintiff shall immediately serve a copy of this Order to Show Cause on any party who has been asked to provide information about subscribers' identities, so that those parties know that they are under no obligation to respond to any such request at this time.

Dated: March 6, 2012

                                                           U.S.D.J.

BY ECF TO ALL COUNSEL