# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

MEDIA PRODUCTS, INC.  )
9145 Owensmouth Ave.  )
Chatsworth, CA 91311  )
                      )
    Plaintiff,        )
                      )
    v.                )  Civil Action 1:12-cv-00125-CM
                      )
DOES 1 – 59           )
                      )
    Defendants.       )

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/12

**MEMO ENDORSED**

## RESPONSE TO SHOW CAUSE ORDER REGARDING JOINDER OF DEFENDANTS

4/11/2012

Plaintiff's explanation of the BitTorrent P2P protocol and its operation, coupled with the representation that all John Doe defendants are New York State residents, makes a preliminary showing of proper joinder under Fed R Civ P 20. This ruling is without prejudice to any severance motion that may be made by a particular defendant after that defendant has been served and appears.

Colleen McMahon
USDJ