McMahon, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MEDIA PRODUCTS, INC. )
9145 Owensmouth Ave. )
Chatsworth, CA 91311 )
 )
    Plaintiff, )
 )
    v. )   Civil Action 1:12-cv-00125-CM
 )
DOES 1 – 59 )
 )
    Defendants. )

[PROPOSED] ORDER ON ENLARGEMENT OF TIME TO SERVE DEFENDANTS

The Court, having reviewed Plaintiff's Application for Enlargement of Time to Serve Defendants and good cause appearing therefore, hereby **grants** Plaintiff's Application, and orders as follows:

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the time for Plaintiff to serve defendants with summons and the complaint is extended by 120 days. Thus, Plaintiff must serve defendants by September 7, 2012.

SO ORDERED this 16 day of April, 2012.

_____
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/12

1